# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE AMESQUITA,<br><br>    Petitioner,<br><br>v.<br><br>DARREL ADAMS,<br><br>    Respondent. | Case No. 1:00-cv-07060-DAD-EPG-HC<br><br>ORDER GRANTING IN PART PETITIONER'S MOTION REQUESTING COPIES<br><br>(Doc. No. 13) |

On November 30, 2000, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this case. (Doc. No. 1). On July 6, 2001, the Court granted Petitioner's motion to dismiss the petition without prejudice so that he could exhaust his claims in state court. (Doc. No. 9). Petitioner subsequently filed another habeas petition, which was dismissed as untimely. Order, Amesquita v. Hickman, No. 1:05-cv-00055 (E.D. Cal. Oct. 4, 2006).

On September 19, 2018, the Court received the instant motion, requesting that the Court send Petitioner "a complete copy of the entire Court proceedings, records, documents, papers, exhibits and any and all transcrip[t]s . . . so that petitioner m[a]y properly and adequately proceed in the United States Supreme Court[.]" (Doc. No. 13 at 1). The Court notes that because the instant case was closed seventeen years ago, some of the documents are not currently available.

///

1

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's request for copies (Doc. No. 13) is GRANTED IN PART; and
2. The Clerk's Office is DIRECTED to mail a copy of the docket sheet and copies of the available documents (Doc. Nos. 6, 8, 9, 10, 11, and 12) to Petitioner.

IT IS SO ORDERED.

Dated: **September 24, 2018**   /s/ *Eric P. Gross*
UNITED STATES MAGISTRATE JUDGE